UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY GEORGE | CIVIL ACTION |
| VERSUS | NO. 05-0384 |
| JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY | SECTION "N" (4) |

# **O R D E R**

Plaintiff, Gregory George, has filed an objection to the Report and Recommendation of the Magistrate Judge entered in this matter on March 27, 2006. The Court has reviewed the memorandum in support of Mr. George's objection, as well as the Magistrate Judge's Report and Recommendation, and the record herein.

Having reviewed the above provided information, as well as the applicable law, the Magistrate Judge's Report and Recommendation is **APPROVED** and, further, is adopted as the opinion of the undersigned and incorporated herein by reference; and the objection filed by Gregory George is **OVERRULED**.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Gregory George's Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this __7th__ day of July, 2006.

```
                    _____
                         KURT D. ENGELHARDT
                    UNITED STATES DISTRICT JUDGE
```